NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**JEFFREY S. WAX,**
*Appellant,*

v.

**AMAZON TECHNOLOGIES, INC.,**
*Appellee.*

---

2012-1494
(Opposition No. 91187118)

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board.

---

**ON MOTION**

---

**O R D E R**

Amazon Technologies, Inc. ("Amazon") moves for a 30-day extension of time, until November 8, 2012, to file its principal brief. Jeffrey S. Wax opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

JEFFREY S. WAX V. AMAZON TECHNOLOGIES                    2


The motion is granted.  Amazon's principal brief is due on or before November 8, 2012.

FOR THE COURT


/s/ Jan Horbaly
Jan Horbaly
Clerk


s27